IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**KENNETH ROGERS,**

    **Defendant.**                      Case No. 06-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

    The Court, being fully advised in the premises, hereby finds that under the logic of ***Smith v. Check-n-Go*, 200 F.3d 511 (7th Cir. 1999)** and other cases, and given the similarities between this case and another, ***USA v. Rogers, et al.*, No. 01-CR-30183-GPM**, already before Chief District Judge G. Patrick Murphy, this case should be reassigned to Chief Judge Murphy.  Accordingly, the Court **TRANSFERS** this case to Chief Judge G. Patrick Murphy, U.S. District Judge for the Southern District of Illinois, East St. Louis Division, for all further proceedings.  All future filings in this case shall bear the number **06-CR-30015-GPM**.

    **IT IS SO ORDERED.**

    Signed this 24th day of February, 2006.

                                                      /s/        David RHerndon
                                                      **United States District Judge**